# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

L.B. and M.B., individually and on behalf of their minor child A.B., and on behalf of others similarly situated,

    Plaintiff,

v.

PREMERA BLUE CROSS,

    Defendant.

C23-0953 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to amend the case scheduling order, docket no. 24, is GRANTED. The case schedule is AMENDED as follows:

| Trial and Pre-Trial Deadlines | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 15, 2024 | April 15, 2024 |
| All motions related to discovery must be filed by | April 25, 2024 | June 25, 2024 |
| Discovery completed by | May 31, 2024 | July 31, 2024 |
| Any motions related to class certification must be filed by | June 6, 2024 | August 6, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | September 5, 2024 | November 5, 2024 |

MINUTE ORDER - 1

| Trial and Pre-Trial Deadlines | Current Deadline | New Deadline |
|---|---|---|
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 12, 2024 | November 12, 2024 |
| All motions *in limine* must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | December 19, 2024 | February 19, 2025 |
| Agreed Pretrial Order due | January 17, 2025 | March 17, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | January 17, 2025 | March 17, 2025 |
| Pretrial conference | January 24, 2025 | March 24, 2025 |
| Trial (7 days) | February 3, 2025 | April 3, 2025 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2