UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., individually and on behalf of their minor child A.B., and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, <br><br> Defendant. | C23-0953 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for leave to amend,[1] docket no. 27, is GRANTED. Plaintiffs shall electronically file their Second Amended Complaint, attached to their motion as Appendix A, docket no. 27-1, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, Plaintiffs shall add any new parties named in the Second Amended Complaint.

(2) Any responsive pleading or motion is due within fourteen (14) days after the Second Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

---

[1] The Court finds that good cause exists to allow Plaintiffs to amend their complaint outside of the time allowed for amendment in the Court's scheduling order. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

MINUTE ORDER - 1

(3) In light of Plaintiffs' amendments to the complaint, each side will be allowed a total of seventeen (17) depositions in this case. Additionally, the scheduling order is MODIFIED as follows:

| Trial and Pre-Trial Deadlines | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of supplemental expert testimony under FRCP 26(a)(2) | N/A | Sep. 16, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | N/A | Oct. 15, 2024 |
| All motions related to discovery must be filed by | June 25, 2024 | Oct. 25, 2024 |
| Discovery completed by | July 31, 2024 | Nov. 22, 2024 |
| Any motions related to class certification must be filed by | Aug. 6, 2024 | Nov. 29, 2024 |
| All dispositive motions must be filed by | Nov. 5, 2024 | Mar. 5, 2025 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by | Nov. 12, 2024 | Mar. 12, 2025 |
| All motions *in limine* must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | Feb. 19, 2025 | Aug. 14, 2025 |
| Agreed Pretrial Order due | Mar. 17, 2025 | Aug. 29, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | Mar. 17, 2025 | Aug. 29, 2025 |
| Pretrial conference | Mar. 24, 2025 | Sep. 5, 2025 |
| Trial (7 days) | Apr. 3, 2025 | Sep. 15, 2025 |

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2