UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,

    Plaintiffs,

v.

PREMERA BLUE CROSS,

    Defendant.

C23-0953 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion to seal, docket no. 37, is GRANTED in part, DEFERRED in part, and RENOTED as follows:

(a) Plaintiffs' motion is GRANTED as to the deposition transcripts of Drs. Abernathey and Morrison. Plaintiffs have set forth a compelling reason to keep court records sealed. *Cf. Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Accordingly, Exhibits K & P to the Declaration of Eleanor Hamburger, docket nos. 47 & 47-1, and Plaintiffs' motion for partial summary judgment, docket no. 43, shall remain sealed.

(b) Plaintiffs' motion is DEFERRED as to Exhibits CC & FF to the Declaration of Eleanor Hamburger, docket nos. 47-2 & 47-3. Plaintiffs filed Exhibits CC & FF under seal solely because they were designated as confidential by Defendant, and Plaintiffs otherwise objects to the sealing of Exhibits CC & FF. *See* Mot. at 4 (docket

MINUTE ORDER - 1

no. 37).  Defendant has not filed a response supporting the sealing of Exhibits CC & FF. Accordingly, Plaintiffs' motion to seal is RENOTED to September 6, 2024.  Defendant is DIRECTED to file a response to the motion by the new noting date outlining why Exhibits CC & FF should remain under seal; no reply is necessary unless ordered by the Court.  If Defendant fails to file a response by the new noting date, Exhibits CC & FF will be unsealed.

(2)	The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of August, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2