UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>Defendant. | C23-0953 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Premera Blue Cross's unopposed motion for extension, docket no. 67, is GRANTED as follows. With respect to solely J.M., the child of plaintiffs C.M. and A.H., the deadline for disclosure of supplemental expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2), which was set by the Minute Order entered May 30, 2024, docket no. 33, is EXTENDED to September 30, 2024. All other dates and deadlines set forth in the Minute Order entered May 30, 2024, docket no. 33, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1