UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　　　　Defendant. | C23-0953 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deferred portion of plaintiffs' motion to seal, docket no. 37, is GRANTED, and Exhibits CC & FF to the Declaration of Eleanor Hamburger, docket nos. 47-2 and 47-3, shall remained sealed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of September, 2024.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1