UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>PREMERA BLUE CROSS,<br><br>     Defendant. | C23-0953 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DEFERS ruling on plaintiffs' motion for class certification, docket no. 38, and the motion is RENOTED to December 13, 2024.

(2) Plaintiffs' motion for partial summary judgment, docket no. 43, and defendants' cross-motion for summary judgment, docket no. 79, are RENOTED to December 13, 2024. On or before December 6, 2024, plaintiffs' shall file a consolidated response to defendants' cross-motion for summary judgment and reply in support of their motion for partial summary judgment. Defendant's reply in support of its cross-motion for summary judgment is due on the noting date.

(3) Defendant's motion to seal, docket no. 78, is NOTED for November 22, 2024. Any response shall be filed by November 18, 2024, and any reply is due on the noting date.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2