UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,

Plaintiffs,

v.

PREMERA BLUE CROSS,

Defendant.

C23-0953 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed emails sent by plaintiffs' counsel to court staff, which were also circulated to defendant's lawyers, the Court hereby DIRECTS that the attorneys meet and confer and file, on or before November 18, 2024, a Joint Status Report not to exceed five (5) pages in length concerning either (i) an agreed proposed briefing schedule for the pending cross-motions for summary judgment, docket nos. 43 and 79, or (ii) the parties' respective views on the subject.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1