UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.B. and M.B., individually and on
behalf of their minor child A.B.; C.M.
and A.H., individually and on behalf of
their minor child J.M.; and on behalf of
others similarly situated,

                Plaintiffs,

    v.

PREMERA BLUE CROSS,

                Defendant.

C23-0953 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)      Pursuant to the parties' stipulation, docket no. 94, plaintiffs' motion for
partial summary judgment as to sex discrimination, docket no. 43, and defendant's cross-
motion for summary judgment, docket no. 79, are RENOTED to Friday, March 14, 2025,
and related briefing shall be filed as follows:

        (a)      On or before Wednesday, January 29, 2025, plaintiffs shall file their
response to defendant's cross-motion for summary judgment, which shall be
consolidated with any reply in support of plaintiffs' motion for partial summary
judgment as to sex discrimination and any cross-motion for partial summary
judgment as to age discrimination; such consolidated brief shall not exceed 15,000
words;

        (b)      On or before Wednesday February 26, 2025, defendant shall file its
response to any cross-motion for partial summary judgment as to age
discrimination, which shall be consolidated with any reply in support of its cross-
motion for summary judgment; such consolidated brief shall not exceed 15,000
words; and

        (c)      On or before Wednesday, March 12, 2025, plaintiffs shall file any
reply in support of any cross-motion for partial summary judgment as to age
discrimination; such reply shall not exceed 7,500 words.

MINUTE ORDER - 1

(2)    Plaintiffs' deferred motion for class certification, docket no. 38, is RENOTED to Friday, March 14, 2025.

(3)    This case remains set for a seven-day jury trial on Monday, September 15, 2025, and the deadlines contained in the Minute Order entered May 30, 2024, docket no. 33, for the filing of an agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions shall remain in full force and effect.  The Pretrial Conference currently set for Friday, September 5, 2025, shall commence at 10:00 a.m. The following deadlines are hereby adjusted:

(a)    The deadline for completion of discovery is EXTENDED from November 22, 2024, to Wednesday, January 15, 2025;

(b)    Pursuant to the parties' stipulation, docket no. 94, the deadline for filing dispositive motions has been EXPEDITED as indicated in Paragraph 1, above;

(c)    Pursuant to the parties' stipulation, docket no. 94, the deadline for filing motions relating to expert testimony is EXPEDITED from March 12, 2025, to Wednesday, January 29, 2025; motions relating to expert testimony shall be noted for Friday, March 14, 2025; responses to such motions shall be filed by Wednesday, February 26, 2025, and replies shall be filed by the noting date; and

(d)    All motions in limine remain due on Thursday, August 14, 2025, but the following procedures shall apply:

(i)    All motions in limine shall be presented in a joint submission;

(ii)    The joint submission shall be noted for the same day it is filed, *i.e.*, August 14, 2025;

(iii)    The joint submission shall contain (A) an introductory statement summarizing the case and the context for any evidentiary disputes; (B) a list of any agreed motions in limine; and (C) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same;

(iv)    Plaintiffs' disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order; and

(v)    All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

MINUTE ORDER - 2

(4)    The following procedures shall apply with regard to filing documents under seal:

    (a)    To the extent possible, counsel shall submit, along with any document filed under seal, a stipulation and proposed order reciting the reasons for sealing the document;

    (b)    If counsel cannot reach agreement, then they shall file, along with the sealed material, a joint submission, outlining each side's views on the subject of sealing;

    (c)    Any stipulation or joint submission filed pursuant to Paragraph 4(a) or Paragraph 4(b), above, shall <u>not</u> be noted as a motion, and it will be addressed by the Court in due course;

    (d)    Contrary to the parties' proposal, docket no. 94, briefing on substantive motions shall <u>not</u> contain any discussion of whether related filings should be sealed or unsealed; and

    (e)    Defendant's "placeholder" motion to seal, docket no. 78, is STRICKEN without prejudice to file a stipulation or joint submission consistent with the foregoing procedure.

(5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of November, 2024.

                <u>Ravi Subramanian</u>
                Clerk

                <u>s/Laurie Cuaresma</u>
                Deputy Clerk

MINUTE ORDER - 3