The Honorable Thomas S. Zilly

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 L.B. and M.B., on behalf of their minor child
A.B., and on behalf of similarly situated others;
10 L.B.; M.B., C.M. and A.H., on behalf of their
minor child J.M., and on behalf of similarly
11 situated others; C.M.; and A.H.,

NO. 2:23-cv-00953-TSZ

[PROPOSED] STIPULATED JUDGMENT

12                          Plaintiffs,

13        v.

14 PREMERA BLUE CROSS,

15                          Defendant.

16

17        The following issues have been considered and a decision rendered as described in Dkt.

18 No. 169.  Specifically, the Court CONCLUDES that Defendant Premera Blue Cross ("Premera")'s

19 Medical Policy – 7.01.557 violates Section 1557 of the Affordable Care Act ("ACA"), 42 U.S.C.

20 § 18116, by facially discriminating on the basis of sex, and GRANTS summary judgment in favor

21 of Plaintiffs as to Count I of their Second Amended Complaint [Dkt. 34], entitling Plaintiffs to

22 declaratory relief. The Court further CONCLUDES that Plaintiffs failed to comply with the

23 exhaustion requirements of the Age Discrimination Act, 42 U.S.C. §§ 6101, *et seq.*, and GRANTS

24 in part and DENIES in part Premera's Cross-Motion for Summary Judgment as to Count II of

25 Plaintiffs' Second Amended Complaint. Count II of Plaintiffs' Second Amended Complaint is

26

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303    FAX (206) 223-0246

KILPATRICK TOWNSEND 79670139 1

hereby DISMISSED with prejudice. The Court also denied Plaintiffs' Motion for Class Certification. Dkt. 169.

Accordingly, the Court enters declaratory judgment in favor of Plaintiffs, on an individual basis, for their claim for a violation of Section 1557 of the ACA based on facial sex discrimination and hereby DECREES AND ADJUDGES that "Premera's Medical Policy – 7.01.557 violates ACA § 1557 by facially discriminating on the basis of sex." Dkt. 169 at 31.

Additionally, considering the parties' wishes to forgo trial on the remaining issues and joint stipulation, the Court further DECREES AND ADJUGES:

Plaintiffs L.B. and M.B., on behalf of their minor child A.B., are entitled to payment by Premera of $25,750 for their out-of-pocket expenses and $1 in nominal damages each in relation to A.B.'s claims for discrimination on the basis of sex under Section 1557 of the ACA.

Plaintiffs C.M. and A.H., on behalf of their minor child J.M., are entitled to payment by Premera of $1 in nominal damages each in relation to J.M.'s claims for discrimination on the basis of sex under Section 1557 of the ACA.

The parties agree to defer any determination of whether Plaintiffs are entitled to payment by Premera of their attorneys' fees and litigation costs pursuant to 42 U.S.C. § 1988 until a final adjudication of any appeal of this judgment. Should no appeal be taken, the parties will propose a briefing schedule on this issue within 45 days of the filing of this Order.

This stipulation is without waiver of any party's right to appeal any issue in this case, including but not limited to any or all parts of the Court's decision in Dkt. No. 169.

DATED: _____, 2025.


_____
THOMAS S. ZILLY
United States District Judge

[PROPOSED] STIPULATED JUDGMENT – 2
[Case No. 2:23-cv-00953-TSZ]

KILPATRICK TOWNSEND 79670139 1

1  Presented by:

2  **SIRIANNI YOUTZ**
   **SPOONEMORE HAMBURGER PLLC**

3   _/s/ Eleanor Hamburger_
4  Eleanor Hamburger (WSBA #26478)
   Daniel S. Gross (WSBA #23992)
5  3101 Western Avenue, Suite 350
   Seattle, WA 98121
6  Tel. (206) 223-0303
   Email: ehamburger@sylaw.com
7          dgross@sylaw.com

8
   **LAMBDA LEGAL DEFENSE AND**
9  **EDUCATION FUND, INC.**

10   _/s/ Omar Gonzalez-Pagan_
    Omar Gonzalez-Pagan _(Admitted Pro Hac Vice)_
11  120 Wall Street, 19th Floor
    New York, NY 10005
12  Tel. (646) 307-7406
    Email: ogonzalez-pagan@lambdalegal.org
13

14  _Attorneys for Plaintiffs_

15  **KILPATRICK TOWNSEND**
    **& STOCKTON LLP**
16

17   _/s/ Gwendolyn C. Payton_
    Gwendolyn C. Payton, WSBA No. 26752
18  1420 5th Avenue, Suite 3700
    Seattle, WA 98101
19  Tel. (206) 467-9600
    Email: gpayton@ktslaw.com
20

21   _/s/ Stephanie Bedard_
    Stephanie Bedard (Admitted _Pro Hac Vice_)
22  1100 Peachtree Street NE, Suite 2800
    Atlanta, GA 30309
23  Tel. (404) 541-6039
    Email: sbedard@ktslaw.com
24

25  _Attorneys for Premera Blue Cross_

26

[PROPOSED] STIPULATED JUDGMENT – 3
[Case No. 2:23-cv-00953-TSZ]

KILPATRICK TOWNSEND 79670139 1