HONORABLE JUDGE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| L.B. and M.B., on behalf of their minor child A.B., and on behalf of similarly situated others; L.B.; M.B., C.M. and A.H., on behalf of their minor child J.M., and on behalf of similarly situated others; C.M.; and A.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>Defendant. | Case No. 2:23-cv-00953-TSZ<br><br>**DEFENDANT PREMERA BLUE CROSS' NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR SUPPLEMENTAL BRIEFING** |

Defendant Premera Blue Cross ("Premera") respectfully submits as supplemental authority the United States Supreme Court's decision today in *Skrmetti v. United States*, No. 23–477 (June 18, 2025) (attached). In light of this decision, Premera requests that the Court establish a schedule for supplemental briefing on the impact of the decision on this case.

DATED this 18ʰ day of June, 2025.

KILPATRICK TOWNSEND & STOCKTON LLP

By  */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA No. 26752
    gpayton@ktslaw.com
    1420 Fifth Ave., Suite 3700
    Seattle, WA 98101
    Telephone: (206) 626-7714
    Facsimile: (206) 623-6793

DEFENDANT PREMERA BLUE CROSS' NOTICE OF SUPPLEMENTAL AUTHORITY – 1
CASE NO: 2:24-CV-00812-TSZ

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

*Counsel for Premera Blue Cross*

By  */s/ Stephanie N. Bedard*
Stephanie N. Bedard* (*admitted pro hac vice*)
sbedard@ktslaw.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 541-6039
Facsimile: (404) 541-3153

*Counsel for Premera Blue Cross*

DEFENDANT PREMERA BLUE CROSS' NOTICE
OF SUPPLEMENTAL AUTHORITY – 2
CASE NO: 2:24-CV-00812-TSZ

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, DEFENDANT PREMERA BLUE CROSS' NOTICE OF SUPPLEMENTAL AUTHORITY to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| Attorneys | Method |
|---|---|
| **Eleanor Hamburger**<br>**Daniel S. Gross**<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 WESTERN AVENUE STE 350<br>SEATTLE, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>Email: ehamburger@sylaw.com<br>          dgross@sylaw.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Omar Gonzalez-Pagan**<br>**Kell L Olson**<br>**Nicholas Hite**<br>**Sasha J Buchert**<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC<br>120 WALL STREET 19TH FLOOR<br>NEW YORK, NY 10005<br>646-307-7406<br>Email: ogonzalez-pagan@lambdalegal.org<br>          kolson@lambdalegal.org<br>          nhite@lambdalegal.org<br>          sbuchert@lambdalegal.org | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 18th day of June, 2025.

**Kilpatrick, Townsend & Stockton LLP**

By: */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA No. 26752

*Counsel for Premera Blue Cross*

CERTIFICATE OF SERVICE - 3
CASE NO: 2:24-CV-00812-TSZ

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946