UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　　　　Defendant. | C23-0953 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The Court has reviewed the parties' proposed stipulated judgment, docket no. 174, but DEFERS entering it pending briefing on the effect, if any, of the United States Supreme Court's decision in *Skrmetti v. United States*, No. 23-477, a copy of which is attached to defendant's notice of supplemental authority, docket no. 175.

(a)　On or before July 7, 2025, defendant Premera Blue Cross shall file a brief, not to exceed eight (8) pages in length, articulating why *Skrmetti* would affect, in any way, the Court's rulings in this matter, particularly in light of the basis for the Court's denial of defendant's earlier, related request for a stay. *See* Order at 19 n.8 (docket no. 169).

(b)　Plaintiffs' response, which likewise shall not exceed eight (8) pages in length, is due on July 24, 2025.

MINUTE ORDER - 1

       (c)    No reply shall be submitted unless requested by the Court.

       (d)    The parties' proposed stipulated judgment, docket no. 174, is NOTED for July 24, 2025. If the Court concludes that *Skrmetti* does not alter the result in this case, the Court will enter judgment in a form similar to the parties' proposal without advance notice to the parties.

(2)    The trial date of September 15, 2025, and all related dates and deadlines are STRICKEN.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2025.

                                            Ravi Subramanian  
                                            Clerk

                                            s/Laurie Cuaresma  
                                            Deputy Clerk

MINUTE ORDER - 2