The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.B. and M.B., on behalf of their minor child A.B., and on behalf of similarly situated others; L.B.; M.B., C.M. and A.H., on behalf of their minor child J.M., and on behalf of similarly situated others; C.M.; and A.H.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>Defendant. | NO. 2:23-cv-00953-TSZ<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO THE U.S. STATEMENT OF INTEREST (DKT. NO. 179)<br><br>**Note on Motion Calendar:**<br>**August 7, 2025** |

Plaintiffs respectfully request that the Court permit it to submit the attached Plaintiffs' Response to the U.S. Statement of Interest (Dkt. No. 179). Pursuant to the inherent authority of federal district courts to manage their dockets, *Dietz v. Bouldin,* 579 U.S. 40, 47 (2016), Fed. R. Civ. P. 7, LCR 7, and for good cause shown, this Motion should be granted.

The United States (the "Government") submitted its Statement of Interest in this matter to bolster Premera's supplemental briefing regarding *United States v. Skrmetti,* 145 S. Ct. 1816 (2025). It failed to move the Court for permission to submit its Statement of Interest, as is required. Fed. R. Civ. P. 7(b)(1); LCR 7; *see e.g., United States ex rel. Ricia Johnson & Health Dimensions Rehab. v. Golden Gate Nat'l Senior Care*, LLC, No. 08-cv-1194 (DWF/HB), 2016 U.S. Dist. LEXIS 196065, at *3 (D. Minn. June 1, 2016). Moreover, the Statement of Interest is incredibly

PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO
THE U.S. STATEMENT OF INTEREST – 1
[Case No. 2:23-cv-00953-TSZ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

untimely. *See U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 928 (S.D. Tex. 2007). Should the Court be willing to consider the Government's Statement of Interest, despite its failure to properly move for leave and its untimeliness, the Court should also consider Plaintiffs' Response to the Government's Statement of Interest, attached as **Exhibit A**.

DATED:  July 24, 2025.

*I certify that the foregoing contains 213 words, in compliance with the Local Civil Rules.*

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

　　*s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Daniel S. Gross (WSBA #23992)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
　　　dgross@sylaw.com

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Omar Gonzalez-Pagan (Admitted *Pro Hac Vice*)
120 Wall Street, 19th Floor
New York, NY 10005
Tel. (212) 809-8585; Fax (212) 809-0055
Email: ogonzalez-pagan@lambdalegal.org

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Kell L. Olson (Admitted *Pro Hac Vice*)
3849 E Broadway Blvd #136
Tucson, AZ 85716
Tel. (323) 370-6915
Email:  kolson@lambdalegal.org

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Sasha Buchert (Admitted *Pro Hac Vice*)
111 K Street NE, 7th Floor
Washington DC 20002
Tel. 503-688-8071
Email: sbuchert@lambdalegal.org

PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO
THE U.S. STATEMENT OF INTEREST – 2
[Case No. 2:23-cv-00953-TSZ]

Sirianni Youtz
Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington  98121
Tel. (206) 223-0303   Fax (206) 223-0246

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Nicholas Hite (Admitted *Pro Hac Vice*)
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219-6722
Tel. (214) 219-8585
Email: nhite@lambalegal.org

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO
THE U.S. STATEMENT OF INTEREST – 3
[Case No. 2:23-cv-00953-TSZ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246