UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.B. and M.B., individually and on behalf of their minor child A.B.; C.M. and A.H., individually and on behalf of their minor child J.M.; and on behalf of others similarly situated,

Plaintiffs,

v.

PREMERA BLUE CROSS,

Defendant.

C23-0953 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 181, for leave to respond to the Statement of Interest filed by the United States, docket no. 179, is GRANTED. Notwithstanding the improper filing of such Statement of Interest, the Court will consider it, and plaintiffs' response, docket no. 181-1, will also be considered. Defendant Premera Blue Cross and the United States may each file a reply, not to exceed five (5) pages in length, on or before August 4, 2025. No further motion or brief of any kind shall be filed in this matter absent prior approval of or request by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of July, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1