The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.B. and M.B., on behalf of their minor child A.B., and on behalf of similarly situated others; L.B.; M.B., C.M. and A.H., on behalf of their minor child J.M., and on behalf of similarly situated others; C.M.; and A.H.,

Plaintiffs,

v.

PREMERA BLUE CROSS,

Defendant.

NO. 2:23-cv-00953-TSZ

**PLAINTIFFS' NOTICE OF CROSS-APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Plaintiffs L.B. and M.B., on behalf of their minor child A.B.; L.B.; M.B.; C.M. and A.H., on behalf of their minor child J.M.; C.M.; and A.H., through their undersigned counsel, hereby give notice that they appeal to the United States Court of Appeals for the Ninth Circuit the Order entered on April 18, 2025 (Docket No. 169) denying their age discrimination claim as well as all orders incorporating that determination, including but not limited to the Judgment (Docket No. 186).

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

DATED:  September 25, 2025.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

_s/ Eleanor Hamburger_
Eleanor Hamburger (WSBA #26478)
Daniel S. Gross (WSBA #23992)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
           dgross@sylaw.com

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

_s/ Omar Gonzalez-Pagan_
Omar Gonzalez-Pagan (Admitted _Pro Hac Vice_)
120 Wall Street, 19th Floor
New York, NY 10005
Tel. (212) 809-8585; Fax (212) 809-0055
Email: ogonzalez-pagan@lambdalegal.org

_Attorneys for Plaintiffs_

PLAINTIFFS' NOTICE OF CROSS-APPEAL – 2
[Case No. 2:23-cv-00953-TSZ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246