

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

Suite 3700, 1420 Fifth Avenue
Seattle, WA 98101

Gwendolyn C. Payton
direct dial 206 626 7714
direct fax 206 299 0414
GPayton@ktslaw.com

October 3, 2025

By eFile
https://ecf.wawd.uscourts.gov/cgi-bin/ShowIndex.pl

Ravi Subramanian
Clerk of Court, U.S. District Court
Western District of Washington
U.S. Courthouse
700 Stewart St
Seattle, WA 98101-9906

  Re: *L.B., et al. v. Premera Blue Cross*
    CASE #: 2:23-cv-00953-TSZ

Dear Mr. Subramanian:

  In accordance with Ninth Circuit Rule 10-3.1.(c), Appellant Premera Blue Cross respectfully notifies the Court that no further transcripts will be ordered from the U.S. District Court for the Western District of Washington, in addition to those that have already been ordered [Dkt Nos. 54, 65].

              Respectfully submitted,

              *s/ Gwendolyn C. Payton*
              GWENDOLYN C. PAYTON
              KILPATRICK TOWNSEND
              & STOCKTON LLP
              1420 Fifth Avenue, Suite 3700
              Seattle, Washington 98101
              Telephone: (206) 626-7714
              GPayton@ktslaw.com